**LAW OFFICE OF ELLIOT H. FULD**
**930 Grand Concourse-Suite 1D**
**Bronx, New York 10451**
**917-742-3155**
ehfuld@fuldlawoffices.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/13/2024__

Admitted to NY & NJ Bar

December 12, 2024

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   **ROSHAWN PINE V. CITY OF NEW YORK ET AL**
            **Case No.: 24-CV-4665 (MKV)**

Dear Judge Vyskoch:

The Defendants herein filed a dismissal motion and memorandum of law on November 25, 2024.

On December 2, 2024, my wife suffered a tri-malleolar fracture of her left ankle requiring surgery and post-operatove care.

Needles to say, I have not been able to devote my usual time to office matters and in view of that I am requesting until January 31, 2025 to submit Plaintiff's opposition.

Thank you.

                                        Very truly yours,

                                        *ELLIOT H. FULD*
                                        ELLIOT H. FULD

---

**Granted. SO ORDERED.**

Date: __Dec. 13, 2024__      *Mary Kay Vyskocil*
New York, New York         Mary Kay Vyskocil
                                  United States District Judge